UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 09-263 |
| MICHAEL MAHONEY | SECTION: A |

## ORDER

Pending before the Court is a **Motion to Vacate, Set Aside, or Correct a Sentence under 28 U.S.C. § 2255**, Filed by the Defendant, Michael Mahoney **(Rec. Doc. #66)** and the **Government's Memorandum in Opposition to Defendant-Petitioner's Motion for Post-Conviction Relief (Rec. Doc. #70)**. The Court has carefully reviewed all matters pertinent to the motion in this criminal case. Based upon this review, the Court's clear recollection and understanding of the relevant proceedings, and application of governing legal authorities, defendant is entitled to no relief under 28 U.S.C. § 2255 and the Motion is **DENIED**.

## HISTORY

On April 21, 2010, Michael Mahoney plead guilty to the 6 count indictment which included drugs and firearm charges without a plea agreement. Mahoney affirmed the allegations in the bill of information to establish prior convictions pursuant to 21 U.S.C. § 851(a). On November 16, 2010 the defendant was sentenced to 262 months as to counts 1, 2, 3 and 4, 120 months as to count 5 to run concurrent, and 60 months as to count 6 to run consecutive to any other count. Mahoney was ineligible for a Reduction of Sentence Pursuant to Title 18 U.S.C. 3582 (c)(2) pursuant to the Fair Sentencing Act of 2010, and he appealed that decision. The United Courts of Appeal for the 5th Circuit dismissed the appeal for want of prosecution.

## LAW AND ANALYSIS

The Motion is denied as untimely and procedurally defaulted defendant's claim by not raising these issues on appeal. The judgment was entered on November 17, 2010. Without showing specific circumstances warranting tolling under 28 U.S.C. § 2255, defendant's limitations period for filing the present motion ended a year after the entry of the Judgment. The current petition was not filed until May 30, 2017. Defendant has failed to show any reason why the statute of limitations should not be strictly adhered to, and therefore is procedurally barred from bringing this motion.

Accordingly,

**IT IS ORDERED** that defendant's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 be **DENIED**.

New Orleans, Louisiana, this 9th day of November 2017.

_____
UNITED STATES DISTRICT JUDGE